UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IRENIO BUSTILLO SOLIVEN,

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

Case No. 2:21-cv-00137-GMN-EJY

**ORDER**

Petitioner Irenio Bustillo Soliven, a federal immigration detainee, filed a Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C. § 2241, seeking review of Soliven's immigration proceedings. Following initial review of the petition, the Court denied Soliven's Application to Proceed *In Forma Pauperis* ("IFP") (ECF No.1) without prejudice and instructed Soliven to either file a complete IFP application or resolve the filing fee. The Court further instructed Soliven to show cause why this action should not be dismissed based on a failure to exhaust administrative remedies.

Soliven submitted an IFP application on March 11, 2021, but did not respond to the order to show cause. ECF No. 7. According to respondents, Soliven has been removed from the United States, and he no longer is in custody. ECF No. 8. Soliven has not responded. This action is moot. Reasonable jurists would not find the Court's conclusions to be debatable or wrong, and the Court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that Petitioner's Application to Proceed *In Forma Pauperis* (ECF No. 7) is DENIED as moot.

IT IS FURTHER ORDERED that this action is DISMISSED because it is moot. The Clerk of Court will enter judgment accordingly and dismiss this action.

DATED: June 17, 2021

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1